**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>Rigoberto ZAMORA,<br>Defendant. | Case No.: 26mj4989<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about August 21, 2026, within the Southern District of California, Rigoberto ZAMORA, did knowingly and intentionally import 5 kilograms and more, to wit: approximately 17.78 kilograms, of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent Francisco Bernal
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 24th day of August, 2026.

Honorable Brian J. White
United States Magistrate Judge

**AMENDED PROBABLE CAUSE STATEMENT**

On August 21, 2026, at approximately 11:16 P.M., Rigoberto ZAMORA, ("ZAMORA"), a United States citizen, applied for entry into the United States from Mexico through the Otay Mesa POE in vehicle lane #7. ZAMORA was the driver, sole occupant, and registered owner of a 2007 Acura MDX ("the vehicle") bearing CA license plates.

A Canine Enforcement Team was conducting pre-primary operations when the Human and Narcotic Detection Dog alerted to the rear bumper of the vehicle.

A CBPO received two negative Customs declarations from ZAMORA. ZAMORA stated he was crossing the border to go to San Diego CA. ZAMORA stated no one had asked him to transport anything from Mexico to the United States. ZAMORA stated that no one had asked him to transport anything from the United States to Mexico. ZAMORA stated that no one other than himself had control of the vehicle in the past three days.

The vehicle was referred for further inspection.

A CBPO operating the Z-Portal X-Ray machine detected anomalies in the rear of the vehicle.

Further inspection of the vehicle resulted in the discovery of 15 packages concealed in the quarter panels of the vehicle, with a total approximate weight of 17.78 kgs (39.20 lbs.). A sample of the substance contained within the packages field tested positive for the characteristics of cocaine.

ZAMORA was placed under arrest at approximately 12:48 A.M.

During a post-Miranda interview, ZAMORA denied knowledge that the narcotics were in the vehicle. ZAMORA stated that he was going to work.

ZAMORA was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.

# PROBABLE CAUSE STATEMENT

I, Special Agent Fernando Alejandre, declare under penalty of perjury, the following is true and correct:

On August 22, 2026, at approximately 11:16 PM, Rigoberto ZAMORA, ("ZAMORA"), a United States citizen, applied for entry into the United States from Mexico through the Otay Mesa POE in vehicle lane #7. ZAMORA was the driver, sole occupant, and registered owner of a 2007 Acura MDX ("the vehicle") bearing CA license plates.

A Canine Enforcement Team was conducting pre-primary operations when the Human and Narcotic Detection Dog alerted to the rear bumper of the vehicle.

A CBPO received two negative Customs declarations from ZAMORA. ZAMORA stated she was crossing the border to go to San Diego CA. ZAMORA stated no one had asked her to transport anything from Mexico to the United States. ZAMORA stated that no one had asked her to transport anything from the United States to Mexico. ZAMORA stated that no one other than himself had control of the vehicle in the past three days.

The vehicle was referred for further inspection.

A CBPO operating the Z-Portal X-Ray machine detected anomalies in the firewall of the vehicle.

Further inspection of the vehicle resulted in the discovery of 15 packages concealed in the firewall of the vehicle, with a total approximate weight of 17.78 kgs (39.20 lbs). A sample of the substance contained within the packages field tested positive for the characteristics of cocaine.

ZAMORA was placed under arrest at approximately 12:49 am.

During a post-Miranda interview, ZAMORA denied knowledge that the narcotics were in the vehicle. ZAMORA stated that he was going to work.

ZAMORA was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.

Executed on August 22, 2026, at _5:15 AM_______

________________________________________

Fernando Alejandre, HSI Special Agent

On the basis of the facts presented in this probable cause statement consisting of 3 pages, I find probable cause to believe the defendant, Rigoberto ZAMORA, named in this probable cause statement, committed the offense on August 22, 2026,

in violation of Title 21 USC Sections 952 and 960, Unlawful Importation of a Controlled Substance.

Hon. Brian J. White
United States Magistrate Judge

8:23 PM, Aug 23, 2026
Date/Time